UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PAUL ANDREW WENDELGAST                                              PLAINTIFF

v.                                                  CIVIL ACTION NO. 3:07CV-P284-H

LOUISVILLE METRO POLICE DEPT. et al.                              DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the plaintiff's claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a final order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4412.009